# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2020

## NO. 03-19-00766-CV

**E. D., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the decree of termination signed by the trial court on October 9, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree of termination. Therefore, the Court affirms the trial court's decree of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.